UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN K. CHRISTIAN,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,

        Defendant.

C17-1398 TSZ

ORDER

Counsel having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 10th day of May, 2018.

                                        /s/ Thomas S. Zilly
                                        Thomas S. Zilly
                                        United States District Judge

ORDER - 1